UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:25-cr-10045-PBS |
| LINA MARIA OROVIO-HERNANDEZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT EXHIBIT LIST

The United States of America, by Leah B. Foley, United States Attorney for the District of

Massachusetts, submits the attached Joint Exhibit List for the trial scheduled to begin on February

2, 2026.  The Government reserves the right to modify this list upon notice to the defense.

Respectfully submitted,

LEAH B. FOLEY
Acting United States Attorney

By:   */s/ James J. Nagelberg*
JAMES J. NAGELBERG
Special Assistant U.S. Attorney

*/s/ Allegra Flamm*
ALLEGRA FLAMM
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically
to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 30,
2026.

*/s/ James J. Nagelberg*
James J. Nagelberg
Special Assistant U.S. Attorney