### United States v. Lina Maria Orovio-Hernandez

### 1:25-cr-10045-PBS

### Joint Trial Exhibit List – Uncontested Exhibits

### January 30, 2026

| Exhibit Number | Description | Date Admitted |
|---|---|---|
| 1 | 11/26/2024 certified U.S. Passport Application for E.C. with proofs of ID (USAO_3873-3881) | |
| 2 | 9/25/2003 certified U.S. Non-Immigrant Visa Application for Lina Maria Orovio-Hernandez (USAO_599-602) | |
| 3 | Certified Spanish-language records from government of Colombia (USAO_5349, 5360, 5362, 5366-68) | |
| 4 | Certified Spanish-to-English translations of records from government of Colombia (USAO_5434, 5445, 5447, 5451-5454) | |
| 5 | 7/3/2024 certified U.S. Non-Immigrant Visa Application for Saida Lucero Lujan Hernandez (USAO_6078-6087) | |
| 6 | Certified applications for Social Security number and replacement card for E.C. (USAO_5640-5644) | |

1

| Exhibit Number | Description | Date Admitted |
|---|---|---|
| 7 | "Meaning of the Social Security Number," *Social Security Bulletin*, Vol. 45, No. 11 (November 1982) (USAO_6073-6074) | |
| 8 | Certificate for Social Security Administration records for E.C. (USAO_6072) | |
| 9 | 6/8/2014 Supplemental Security Income application for E.C. (USAO 1006-1014) | |
| 10 | 6/8/2014 Supplemental Security Income application for E.C. with corrected address (USAO 1015-1023) | |
| 11 | 8/1/2014 Supplemental Security Income award letter for E.C. and pamphlet (USAO_2953-2966; 3741-3768) | |
| 12 | 2/19/2015 Supplemental Security Income redetermination interview summary for E.C. (USAO 1024-1032) | |
| 13 | Social Security Administration summary of benefit payments for E.C. (USAO_5372-5375) | |
| 14 | Social Security Administration reported earnings history for E.C. (USAO_559) | |
| 15 | Certificate for Massachusetts Department of Transitional Assistance records (USAO_4160-4162) | |

| Exhibit Number | Description | Date Admitted |
|---|---|---|
| 16 | Application and recertifications for Supplemental Nutritional Assistance Program benefits for E.C. with certified Spanish-to-English translations (USAO_5787-5877; USAO_60-65) | |
| 17 | Proof of ID submitted to Massachusetts Department of Transitional Assistance for E.C. (USAO_7) | |
| 18 | Massachusetts Department of Transitional Assistance summary of benefit payments for E.C. (USAO_1058-1063) | |
| 19 | Certificate for Peabody Properties, Inc. records (USAO_3907-3908) | |
| 20 | 7/7/2011 Waitlist notice for E.C. from Pond View Apartments (USAO_670) | |
| 21 | 8/4/2011 lease application with proofs of ID for E.C. submitted to Pond View Apartments (USAO 658-665; USAO_650-652) | |
| 22 | 8/4/2011 Citizenship form for E.C. submitted to Pond View Apartments (USAO 680-683) | |
| 23 | 10/1/11 Lease Agreement between E.C. and Pond View Apartments (USAO_3889-3902) | |
| 24 | 2017 lease application proofs of ID for E.C. submitted to Pond View Apartments (USAO_866-868) | |

| Exhibit Number | Description | Date Admitted |
|---|---|---|
| 25 | 4/1/2017 Citizenship form for E.C. submitted to Pond View Apartments (USAO_862-865) | |
| 26 | 4/1/2017 Lease Agreement between E.C. and Pond View Apartments (USAO_915-926) | |
| 27 | Pond View Apartments rent ledgers showing subsidies received on behalf of E.C. (USAO_952-955; USAO_956-959) | |
| 28 | Certificates for Massachusetts Registry of Motor Vehicles records (USAO_3739-3740, USAO_5258-5259) | |
| 29 | Massachusetts Registry of Motor Vehicles historic photographs, addresses, and IDs issued for E.C. (USAO_3686-3693) | |
| 30 | 4/16/2024 REAL ID application for E.C. (USAO_3631-3632) | |
| 31 | 4/16/2024 Scans of REAL ID application with proofs of ID for E.C. (USAO_5252-5256) | |
| 32 | 1/11/2023 Learner's permit application with voter registration for E.C. (USAO_3625-3626) | |
| 33 | 2023 Learner's permit testing history for E.C. (USAO_5260-5262) | |

| Exhibit Number | Description | Date Admitted |
|---|---|---|
| 34 | Certificate for City of Boston Election Department records (USAO_6030-6031) | |
| 35 | City of Boston Election Department Registered Voter Information (USAO_5549-5551) | |
| 36 | City of Boston Election Department Check In and Check Out Lists (USAO_5554-5557) | |
| 37 | September to November 2024 certified Citizens Bank statements for account ending in -3359 in name of E.C. (USAO_6026-6027; USAO_2768-2779) | |
| 38 | September to November 2024 certified Citizens Bank ATM surveillance still images of transactions for account ending in -3359 in name of E.C. (USAO_6028-6029; USAO_2264; USAO_2272; USAO_2276; USAO_2278; USAO_2279) | |
| 39 | Certificate of Authenticity of Data Copied from an Electronic Device, Storage Media Pursuant to Federal Rules of Evidence 902(11) and 902(14) (USAO_5898-5899) | |
| 40 | Stipulation regarding certified translations and statement of defendant (ECF 131) | |
| 41 | Stipulation regarding chain of custody (ECF 149) | |

| Exhibit Number | Description | Date Admitted |
|---|---|---|
| 42 | Stipulation regarding personally identifiable information (ECF 150) | |
| 43 | Certified copy of HUD TRACS certification history list for E.C. at Pond View Apartments (USAO_6118-6120) | |
| 44 | 10/1/11 HUD certificate of compliance for E.C. at Pond View Apartments (USAO_700-701) | |
| 45 | 4/1/17 HUD certificate of compliance for E.C. at Pond View Apartments (USAO_883-884) | |