<u>**United States**</u> **v.** <u>**Lina Maria Orovio-Hernandez**</u>

**1:25-cr-10045-PBS**

**Joint Trial Exhibit List – Contested Exhibits**

**January 30, 2026**

| Contested Exhibit Letter | Admitted Exhibit Number[1] | Description | Date Admitted |
|---|---|---|---|
| A | | Images of IDs presented by defendant during 12/23/2024 Diplomatic Security Service interview (USAO_541-542; USAO_549-550; USAO_552-553) | |
| B | | 12/23/2024 fingerprint card of defendant taken during Diplomatic Security Service interview (USAO_551) | |
| C | | Physical – iPhone seized from defendant's person | |
| D | | Scan of 5/11/2015 Toys R Us receipt seized from defendant's apartment (USAO_417-419) | |
| E | | Scan of IDs seized from defendant's apartment (USAO_389-392; USAO_394-395) | |
| F | | Scan of travel tickets for Saida Lucero Lujan Hernandez seized from defendant's apartment (USAO_420) | |

---

[1] Once a contested exhibit is admitted, the Court will assign an exhibit number. The rows in this column should be left blank until then.

**1**

| Contested Exhibit Letter | Admitted Exhibit Number[1] | Description | Date Admitted |
|---|---|---|---|
| G | | iOS user word dictionary for "Lina" from defendant's iPhone (USAO_5900) | |
| H | | Certified Spanish-to-English translation of photograph of 7/27/2018 floral arrangement card signed "Lina Orovio" from defendant's iPhone (USAO_5784-5786) | |
| I | | Certified Spanish-to-English translation of Google search history from defendant's iPhone (USAO_5886-5888) | |
| J | | Certified Spanish-to-English translation of Safari search history from defendant's iPhone (USAO_5889-5891) | |
| K | | Certified Spanish-to-English translation of Safari browsing history from defendant's iPhone (USAO_5892-5894) | |
| L | | Photograph of Colombian passport for Saida Lucero Lujan Hernandez from defendant's iPhone with metadata (USAO_6069; USAO_6109-6113) | |
| M | | Video recording of 12/23/2024 Diplomatic Security Service interview of defendant (USAO_554-555) | |
| N | | Worcester Police Department analysis of fingerprint cards (USAO_5482, USAO_5484) | |

| Contested Exhibit Letter | Admitted Exhibit Number[1] | Description | Date Admitted |
|---|---|---|---|
| O | | Excerpt of 2/10/2025 body camera video recording of SSA-OIG Special Agent Tawnya Valdes during transport of defendant with captions (USAO_963) | |
| P | | Certified Spanish-to-English translation of transcript of excerpt of 2/10/2025 body camera video of SSA-OIG Special Agent Tawnya Valdes during transport of defendant (USAO_5779-5783) | |
| Q | | Unofficial transcript of excerpts from 12/23/24 DSS interview of defendant (USAO_6114-6117) | |
| R | | Photographs of 4/16/24 Massachusetts REAL ID application extracted from defendant's iPhone with metadata (USAO_6097-6106) | |
| S | | Left middle finger of record prints demonstrative from Worcester Police Department Forensic Services (USAO_6121) | |
| T | | Certified Spanish-to-English translation of court records from *E.C. v. Ex Parte*, CIVIL NO. BY2020CV02956 (Mayaguez Superior Court) (DEF_1-199) | |
| U | | Certified Spanish-to-English translation of court records from *E.C. v. Ex Parte*, CIVIL NO. BY2022CV03572 (Mayaguez Superior Court) (DEF_200-382) | |