FILED
IN CLERKS OFFICE  04/29/2026

2026 MAY 18  PM 12: 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

Name— Lina Orovio

Case Number: 1:25-cr-10045-pBS.

This letter is for Judge patti B. Saris.

I am writing the letter on my behalf
Because I don't have an attorney I have
Asked him to withdrew.

I was not properly represented by my
Attorney on my trial.

1- I never saw my discovery, I was never given
By my attorney all the evidence and I requested
many times.

2. They Said, they had 4 packages from Colombia
I have the right to see this evidence before
Trial and I never did.

3. Many of the things that were said by
Witnesses was not the true and again my

2

04/29/2026

Attorney didn't ask the correct questions. I was not represented well by the attorney my public defender Jason Benzaken.

4. I also had a witness that my attorney didn't even call to testified her name is: Lourdes Sanchez Rivera.

5. I have many questions for all of this witnesses that the public defender didn't ask anything at all. I was set up to fail. I'm asking again to see my discovery all the evidence that us attorney have against me I also need all the witnesses names please. I need a list of everyone that testify against me please thank you.

04/29/2026

I am being exposed in the media and on social platforms with serious false statements about my life and my trial. This must stop immediately. On the day of my arrest. I was prevented from contacting anyone to secure my belonging. The door was left open, and as a result, everything disappeared: my furniture, my jewelry; and my money including eleven thousand dollars in cash in my home, plus $458.00 in my purse and $240.00 in coins and $285.00 scratch tickets lottery tickets. This represents a serious and unacceptable failure. I deman to know exectly what happened to my belongings. The building manager, was a direct witness, and yet my attorney failed to question her about any

04/29/2026

of these facts.

I will appeal this decision. I demand the return of my belongings. I am incarcerated facing high costs and without access to my own money. I need to sell my assets to survive, and it is unacceptable that the U.S Attorney claims they do not know where my belongings are.

Please have mercy with this case.

And thank you very much.